UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO MENDIA,<br>　　　　　Plaintiff,<br>　　v.<br>COUNTY OF CONTRA COSTA,<br>　　　　　Defendant. | Case No. 4:19-cv-03193-KAW<br><br>ORDER TO SHOW CAUSE |

　　　　This action was filed on June 7, 2019. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that September 5, 2019 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed. The case management conference, originally scheduled for September 10, 2019, was continued to November 5, 2019, because Defendant had not been served 7 days prior to the original case management conference date. (Dkt. No. 8.)

　　　　IT IS HEREBY ORDERED that by no later than October 15, 2019, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief. Additionally, Plaintiff shall serve Defendant and file a proof of service by October 15, 2019.

　　　　In responding to the order to show cause, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982. Plaintiff may also wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available

//

online at: *http://cand.uscourts.gov/proselitigants*.

IT IS SO ORDERED.

Dated: September 27, 2019

KANDIS A. WESTMORE
United States Magistrate Judge